In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00070-CR**
_____

**RILEY WADE RICHARDSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 411th District Court**
**Polk County, Texas**
**Trial Cause No. 25,668**

**MEMORANDUM OPINION**

On January 15, 2019, the trial court sentenced Riley Wade Richardson on a conviction for theft. Richardson filed a notice of appeal. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that the defendant has waived the right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

On March 4, 2019, we notified the parties that we would dismiss the appeal unless we receive a response that establishes that the certification is incorrect. No

1

response has been filed. Because the certification in the record states that the defendant waived his right of appeal and the defendant has failed to establish that the certification is incorrect, we dismiss the appeal. *See* Tex. R. App. P. 25.2(d).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on April 2, 2019
Opinion Delivered April 3, 2019
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.